NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUNTERT & ZIMMERMAN CONST. DIV., INC.,**
*Appellant*

**v.**

**GODBERSEN-SMITH CONSTRUCTION COMPANY, DBA GOMACO CORPORATION,**
*Appellee*

---

2022-1831, 2022-1833, 2022-1835, 2022-1836

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01698, IPR2021-00050, IPR2021-00136, IPR2021-00234.

---

## JUDGMENT

---

PAUL J. ANDRE, Kramer Levin Naftalis & Frankel LLP, Redwood Shores, CA, argued for appellant. Also represented by JENNA FULLER, JAMES R. HANNAH, LISA KOBIALKA; JEFFREY PRICE, New York, NY.

DAVID MROZ, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellee. Also represented by LUKE MCCAMMON, SONJA SAHLSTEN; ROBERT KING HIGH, III, JASON E. STACH, Atlanta, GA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2024
Date

Jarrett B. Perlow
Clerk of Court